# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOLOGY INNOVATIONS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 11-690-SLR ) ) **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC., | ) ) |
| Defendant. | ) |

## AMAZON'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant, Amazon.com, Inc. ("Amazon"), moves to dismiss United States Patent Number 5,517,407 ("the '407 Patent") from the suit filed by Plaintiff, Technology Innovations, LLC ("TI"), because the complaint fails to allege sufficient facts to support a claim of infringement of the '407 Patent on which relief may be granted. The Kindle e-reader cannot be found to infringe the '407 Patent under any possible claim construction. The inclusion of the '407 Patent in this case is meritless, and it should be dismissed.

The grounds for this motion are set forth in the accompanying memorandum.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Thomas G. Pasternak
STEPTOE & JOHNSON LLP
115 South LaSalle Street, Suite 3100
Chicago, IL 60603
Tel: (312) 577-1300

Dated: September 30, 2011
1029704 / 37202

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Amazon.com, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on September 30, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 30, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard k. Herrmann | Edward W. Goldstein |
| Mary B. Matterer | Holly H. Barnes |
| MORRIS JAMES LLP | GOLDSTEIN & LIPSKI PLLC |
| 500 Delaware Avenue, Suite 1500 | 1177 West Loop South, Suite 400 |
| Wilmington, DE  19801 | Houston, TX  77027 |
| rherrmann@morrisjames.com | egoldstein@gliplaw.com |
| mmatterer@morrisjames.com | hbarnes@gliplaw.com |

By:  */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

1024339 / 37202