**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TECHNOLOGY INNOVATIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-690-SLR |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC., | ) |
| | ) |
| Defendant. | ) |

## AMAZON'S MOTION FOR SANCTIONS

Pursuant to Fed. R. Civ. P. 11, Amazon.com, Inc. ("Amazon") moves for sanctions against Technology Innovations, LLC ("TI") for inclusion of United States Patent Number 5,517,407 ("the '407 Patent") in this case.[1] The Amazon Kindle cannot infringe the '407 Patent under any possible claim construction. TI should be sanctioned for failing to investigate an allegedly infringing product and for filing a meritless patent infringement suit.

The grounds for this motion are set forth in the accompanying brief.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Thomas G. Pasternak
STEPTOE & JOHNSON LLP
115 South LaSalle Street, Suite 3100
Chicago, IL 60603
Tel: (312) 577-1300

Dated: October 27, 2011
1029698 / 37202

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Amazon.com, Inc.*

---

[1] Defendant Amazon.com, Inc. complied with Fed. R. Civ. P. 11(c)(2) prior to filing this Motion.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 27, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on October 27, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard k. Herrmann | Edward W. Goldstein |
| Mary B. Matterer | Holly H. Barnes |
| MORRIS JAMES LLP | GOLDSTEIN & LIPSKI PLLC |
| 500 Delaware Avenue, Suite 1500 | 1177 West Loop South, Suite 400 |
| Wilmington, DE 19801 | Houston, TX 77027 |
| rherrmann@morrisjames.com | egoldstein@gliplaw.com |
| mmatterer@morrisjames.com | hbarnes@gliplaw.com |

Nelson Elliott Brestoff
NELSON E. BRESTOFF, PLC
26340 Ruether Avenue
Santa Clarita, CA 91350
nickbrestoff@yahoo.com

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

1024339 / 37202