## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TECHNOLOGY INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.  11-690-SLR |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

pro hac vice of Edward H. Rice of Hopenfeld Singer Rice & Saito LLP, 3641 Bernay Drive,

Northbrook, IL 60062 to represent Defendant Amazon.com, Inc. in this matter.

<div style="margin-left: 50%;">

POTTER ANDERSON & CORROON LLP

</div>

OF COUNSEL:

Thomas G. Pasternak
Amanda K. Streff
STEPTOE & JOHNSON LLP
115 South LaSalle Street, Suite 3100
Chicago, IL 60603
Tel:  (312) 577-1300

By:   /s/ David E. Moore
　　　Richard L. Horwitz (#2246)
　　　David E. Moore (#3983)
　　　Bindu A. Palapura (#5370)
　　　Hercules Plaza, 6th Floor
　　　1313 N. Market Street
　　　Wilmington, DE  19801
　　　Tel:  (302) 984-6000
　　　rhorwitz@potteranderson.com
　　　dmoore@potteranderson.com
　　　bpalapura@potteranderson.com

Dated:  September 19, 2013
1123073 / 37202

*Attorneys for Defendant Amazon.com, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:  _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Illinois and Missouri and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐      has been paid to the Clerk of the Court.

☒      will be submitted to the Clerk's Office upon the filing of this motion.

Date:   September 19, 2013          Signed:   */s/ Edward H. Rice*
                                             Edward H. Rice
                                             Hopenfeld Singer Rice & Saito LLP
                                             3641 Bernay Drive
                                             Northbrook, IL  60062
                                             Tel:  (312) 878-1660
                                             ehr@hsrslaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on September 19, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 19, 2013, the attached document was Electronically Mailed to the following person(s):

George Pazuniak
Pazuniak Law Office LLC
1201 North Orange Street
7th Floor, Suite 7114
Wilmington, DE  19801-1186
gp@del-iplaw.com

Nelson Elliott Brestoff
Nelson E. Brestoff, PLC
26340 Ruether Avenue
Santa Clarita, CA  91350
nickbrestoff@yahoo.com

Daniel Cotman
Cotman IP Law Group, PLC
117 East Colorado Blvd.
Suite 460
Pasadena, CA  91105-1938
docketing@cotmanip.com

Robert J. Yorio
Carr & Ferrell LLP
120 Constitution Drive
Menlo Park, CA 94025
yorio@carrferrell.com

By:   */s/ David E. Moore*
　　　Richard L. Horwitz
　　　David E. Moore
　　　Bindu A. Palapura
　　　POTTER ANDERSON & CORROON LLP
　　　Tel:  (302) 984-6000
　　　rhorwitz@potteranderson.com
　　　dmoore@potteranderson.com
　　　bpalapura@potteranderson.com

1024339 / 37202