IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOLOGY INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 11-690-SLR |
| ) | |
| AMAZON.COM, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**O R D E R**

At Wilmington this 31st day of March 2014, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Amazon's motion for summary judgment of invalidity (D.I. 107) is granted.

2. Amazon's motion for summary judgment of non-infringement (D.I. 111) is denied as moot.

3. TI's motion for partial summary judgment of no invalidity (D.I. 115) is denied.

4. Amazon's motion to exclude testimony and evidence of Dr. Conte and Mr. McCourt (104) is denied as moot.

5. Amazon shall submit for the court's review, on or before April 14, 2014, an accounting of its reasonable attorney fees and costs consistent with the court's opinion.

United States District Judge