## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOLOGY INNOVATIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-690-SLR |
| v. | ) |
| | ) **PUBLIC VERSION** |
| AMAZON.COM, INC., | ) |
| | ) |
| Defendant. | ) |

### DECLARATION OF THOMAS G. PASTERNAK
### SETTING FORTH AMAZON'S FEES AND EXPENSES
### <u>PURSUANT TO THE COURT'S MARCH 31, 2014 ORDER</u>

OF COUNSEL:

Thomas G. Pasternak
Amanda K. Streff
STEPTOE & JOHNSON LLP
115 South LaSalle Street, Suite 3100
Chicago, IL 60603
Tel: (312) 577-1300

Edward H. Rice
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
TEL: (312) 360-6000

Dated: April 14, 2014
PUBLIC VERSION
Dated: April 25, 2014
1147013 / 37202

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant Amazon.com, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| TECHNOLOGY INNOVATIONS, LLC | ) | |
| Plaintiff, | ) | |
| -vs.- | ) | C.A. No. 11-690 (SLR) |
| AMAZON.COM, INC., | ) | |
| Defendant. | ) | |

**DECLARATION OF THOMAS G. PASTERNAK
SETTING FORTH AMAZON'S FEES AND EXPENSES
PURSUANT TO THE COURT'S MARCH 31, 2014 ORDER**

I, Thomas G. Pasternak, under penalty of perjury, declare as follows:

1.      I am a member of the Bar of the State of Illinois, and a partner at the law firm of Steptoe & Johnson LLP ("Steptoe"), counsel for Defendant Amazon.com, Inc. in this matter.  I make this declaration in support of Amazon's Fee Petition for an accounting of its reasonable attorney fees and expenses in connection with the Court's March 31, 2014 Order (D.I. 147).

**Overview**

2.      On March 31, 2014, the Court entered sanctions against Plaintiffs for improperly asserting U.S. Patent No. 5,517,407.  Specifically, the Court ordered that Plaintiffs "shall submit for the Court's review, on or before April 14, 2014, an accounting of its reasonable attorney fees and costs."

**Amazon's Attorney Fees and Expenses**

3.      Three law firms worked for Amazon on this case: Steptoe & Johnson LLP ("Steptoe"), Potter Anderson & Corroon LLP ("PA&C"), and Hopenfeld, Singer, Rice & Saito LLP ("HSRS").[1]

4.      I have reviewed Steptoe's, PA&C's, and HSRS's time records on this matter from August 2011 to the present, which reflect the three law firm's work in connection with litigating this case as a whole, including work done with respect to both the '407 Patent and the '965 Patent. It is the practice of the firms to keep computerized records of detailed daily time entries. I believe these records accurately reflect the time reasonably spent by Steptoe, PA&C, and HSRS in connection with these motions. These records totaled well over 200 pages and 2,000 line items.

5.      Attached hereto as Exhibits A-D are true and correct summaries of the firms' work on this matter. The exhibits attached as Exhibit A-D summarize relevant portions of those detailed time entries. I prepared those summaries by reviewing line items from the records of the firms.

| Exhibit A: | '407 Specific Fees & Expenses Prior to May 30, 2012[2] (i.e., those that relate to Amazon's Rule 11 Motion and Motion to Dismiss) |
|---|---|
| Exhibit B: | Motion to Show Cause Fees & Expenses |
| Exhibit C: | Markman Fees & Expenses |

---

[1] The Hopenfeld, Singer, Rice & Saito LLP lawyers involved have moved to Freeborn & Peters LLP.

[2] May 30, 2012 was the date that Technology Innovations, LLC moved to dismiss the '407 Patent from the case.

Exhibit D:    Blended Fees & Expenses

6.    The sums that are listed in the petition come from these exhibits, as follows.

**'407 Specific Fees and Expenses**

7.    This sum accounts for work performed solely related to the '407 patent. The '407 specific fees and expenses were computed by adding together the amounts on Exhibits A and B.  This amounts to ███████.

**Markman Specific Fees and Expenses**

8.    This sum accounts for work performed for claim construction briefing and the Markman hearing.  The Markman specific fees and expenses are shown on Exhibit C.  This amounts to ██████.

**Blended Fees and Expenses**

9.    This accounts for work performed while the '407 patent was still in the case but that cannot be separated out from work performed relating to the '965 patent. The "Blended" fees and expenses are shown on Exhibit D.  This amounts to ███████.

10.    In order to avoid unnecessarily burdening the Court, and to preserve attorney-client privilege and attorney work-product immunity, I have not submitted the voluminous detailed daily time entries.  If the Court requires additional detail, I will make more detailed and/or redacted versions of appropriate records available to the Court for in camera inspection, or as the Court otherwise requires.

3

April 14, 2014

_____
Thomas G. Pasternak

4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## <u>CERTIFICATE OF SERVICE</u>

I, Richard L. Horwitz, hereby certify that on April 25, 2014, the attached

document was electronically filed with the Clerk of the Court using CM/ECF which

will send notification to the registered attorney(s) of record that the document has been

filed and is available for viewing and downloading.

I further certify that on April 25, 2014, the attached document was

Electronically Mailed to the following person(s):

George Pazuniak
O'Kelly Ernst & Bielli, LLC
901 N. Market St., Suite 1000
Wilmington, DE 19801
gp@del-iplaw.com

Nelson Elliott Brestoff
Nelson E. Brestoff, PLC
26340 Ruether Avenue
Santa Clarita, CA 91350
nickbrestoff@yahoo.com

Daniel Cotman
Cotman IP Law Group, PLC
117 East Colorado Blvd.
Suite 460
Pasadena, CA 91105-1938
docketing@cotmanip.com

Robert J. Yorio
Carr & Ferrell LLP
120 Constitution Drive
Menlo Park, CA 94025
yorio@carrferrell.com

By:    /s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

1024339 / 37202